# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dein, Judith G. | 2. Court or Organization<br><br>U.S. District Court, MA | 3. Date of Report<br><br>05/04/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.Magistrate Judge-full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
One Courthouse Way
Boston, Massachusetts 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Fellow | Massachusetts Bar Foundation |
| 2. Trustee | Union College, Schenectady, NY |
| 3. Fellow | American Bar Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Goulston & Storrs - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Agilent Technologies Inc. stock | | None | J | T | | | | | |
| 2. SBC Communications Inc. | | None | J | T | | | | | |
| 3. Bank of America account | A | Interest | N | T | | | | | |
| 4. Bank of America account | A | Interest | L | T | | | | | |
| 5. Vodafone Airtouch PLC | A | Dividend | J | T | | | | | |
| 6. Israeli Bonds | A | Dividend | J | T | | | | | |
| 7. AT&T stock | A | Dividend | J | T | | | | | |
| 8. Mass. ST CONS LN | B | Interest | L | T | | | | | |
| 9. Needham Bank Acct | A | Interest | L | T | | | | | |
| 10. Phoenix Concierge Acct | A | Interest | K | T | | | | | |
| 11. First Eagle Global Fund Class A M/F | A | Dividend | L | T | | | | | |
| 12. IVA Worldwide Fund Class C M/F | A | Int./Div. | J | T | | | | | |
| 13. Nuveen Limited Term Mun Bond Fund Class C M/F | A | Interest | K | T | | | | | |
| 14. Thornburg Ltd Term Mun. Fund Class C M/F | B | Interest | M | T | | | | | |
| 15. Western Asset Managed Municipals Fund Class I | D | Dividend | M | T | | | | | |
| 16. Clearbridge Dividend Strategy Fund Class C | A | Interest | K | T | | | | | |
| 17. Thornburg Investment Income Builder Fund Class C M/F | A | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Thornburg Limited Term Municipal Fund Class A | B | Interest | K | T | | | | | |
| 19. UBS Bank USA Dep. Acct (various) | A | Interest | M | T | | | | | |
| 20. Carillon Eagle Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 21. Pioneer Fundamental Growth Class Y | A | Dividend | K | T | Sold (part) | 06/19/18 | J | | |
| 22. Pioneer Fundamental Growth Class Y | A | Dividend | K | T | Sold (part) | 06/19/18 | J | | |
| 23. Vanguard Total Intl BD Index Fund ETF | A | Dividend | K | T | Sold (part) | 06/19/18 | J | | |
| 24. Loomis Sayles Strategic Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 25. Loomis Sayles Strategic Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 26. Wisdomtree Trust SmallCap Dividend Fund | B | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 27. Natixis Oakmark Intl Fund Class Y | A | Dividend | J | T | Sold (part) | 06/19/18 | J | | |
| 28. Natixis Oakmark Intl Fund Class Y | A | Dividend | J | T | Sold (part) | 06/19/18 | J | | |
| 29. Domini Impact Bond Fund Class Investor (exch. for Institutional) | A | Dividend | K | T | Sold (part) | 02/16/18 | J | | |
| 30. | | | | | Sold (part) | 06/19/18 | K | | |
| 31. Columbia Dividend Income Fund Class Institutional | A | Dividend | K | T | Sold (part) | 06/19/18 | J | | |
| 32. Columbia Dividend Income Fund Class Institutional | A | Dividend | K | T | Sold (part) | 06/19/18 | J | | |
| 33. Wisdomtree Small Cap Divid ETF | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 34. Vanguard Total Bond Market ETF | B | Dividend | L | T | Buy (add'l) | 06/19/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Principal Global Multi Strategy Fund (Class INSTL) | A | Dividend | | | Sold | 06/19/18 | K | | |
| 36. Principal FDS Inc Global Diversified Income Fund Cl I | B | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 37. Vanguard Total Bond Market ETF | B | Dividend | L | T | Buy (add'l) | 06/19/18 | J | | |
| 38. Principal Global Multi Strategy Fund (Class INSTL) | A | Dividend | | | Sold | 06/19/18 | K | | |
| 39. Build NYC Resource Corp Assur RV CR 5 | C | Dividend | L | T | | | | | |
| 40. Dunkirk NYC Sch Assur 2011 BE/R/4 | A | Dividend | K | T | | | | | |
| 41. Goldman Sachs Group Inc 05.500% | B | Dividend | K | T | | | | | |
| 42. Morgan Stanley B/E 03.875% | A | Dividend | J | T | | | | | |
| 43. Nassau Cnty NY Swr & St Ser A | B | Dividend | | | Redeemed | 11/01/18 | K | | |
| 44. NYC Trans FINA BE/R/5.5 (X) | A | Dividend | | | Redeemed | 08/27/18 | J | | |
| 45. NYC Transition SR E BE/R/4 | A | Dividend | K | T | | | | | |
| 46. Triborough Brdg & Tunl NY SR D (now Triborough Brdg & Tunnel RV PERF) | B | Dividend | | | Redeemed | 11/15/18 | K | | |
| 47. UBS Cash Account | A | Interest | L | T | | | | | |
| 48. Vanguard Total Intl Bond ETF | A | Dividend | K | T | Sold (part) | 06/19/18 | J | | |
| 49. Dodge & Cox Stock Fund | D | Dividend | N | T | | | | | |
| 50. Vanguard Institutional Index Fund | D | Dividend | N | T | | | | | |
| 51. Loomis Sayles Core Plus Bond Y | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NY Life Ins Co Anchor Acct IV | C | Dividend | N | T | | | | | |
| 53. Hartford Schroders Tax-Aware Bond Fund Class I | B | Dividend | M | T | | | | | |
| 54. Invesco Municipal Income Fund Class Y | C | Dividend | M | T | | | | | |
| 55. Natixis Mcdonnell Intermediate Municipal Bond Fund Class Y | B | Dividend | L | T | | | | | |
| 56. Vanguard Shorti-term Tax-exempt Fund Admiral | A | Dividend | L | T | | | | | |
| 57. Vanguard FTSE All World Ex-US ETF | A | Dividend | J | T | Sold (part) | 06/19/18 | J | | |
| 58. Vanguard S&P 500 Growth ETF | A | Dividend | K | T | Sold (part) | 06/19/18 | J | | |
| 59. Vanguard S&P 500 Value ETF | A | Dividend | K | T | Sold (part) | 06/19/18 | J | | |
| 60. Oppenheimer Steelpath MLP Select 40 Fund Y | C | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 61. Dreyfus/Standish Global Fixed Income Fund Class I | B | Dividend | | | Sold | 06/19/18 | L | | |
| 62. Goldman Sachs Global Income Fund Institutional SH | A | Dividend | | | Sold | 06/19/18 | L | | |
| 63. SEI Intl Fixed Income Fund Class Y (SIT) | A | Dividend | | | Sold | 06/19/18 | K | | |
| 64. Western Asset Core Plus Bond Fund Class I | B | Dividend | L | T | Buy (add'l) | 06/19/18 | J | | |
| 65. Gateway Fund Class Y | A | Dividend | | | Sold | 06/19/18 | K | | |
| 66. Oppenheimer Fundamental Alternatives Fund Class Y | A | Dividend | | | Sold | 06/19/18 | K | | |
| 67. Vanguard FTSE All World Ex-US ETF | A | Dividend | J | T | Sold (part) | 06/19/18 | J | | |
| 68. Vanguard S&P 500 Growth ETF | A | Dividend | K | T | Sold (part) | 06/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Vanguard S&P 500 Value ETF | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 70. Oppenheimer Steelpath MLP Select 40 Fund Y | C | Dividend | K | T | Buy (add'l) | 06/19/18 | K | | |
| 71. Dreyfus/Standish Global Fixed Income Fund Class I | B | Dividend | | | Sold | 06/19/18 | L | | |
| 72. Goldman Sachs Global Income Fund Inst. SH | A | Dividend | | | Sold | 06/19/18 | L | | |
| 73. SEI Intl Fixed Income Fund Class Y (SIT) | A | Dividend | | | Sold | 06/19/18 | K | | |
| 74. Western Asset Core Plus Bond Fund Class I | B | Dividend | L | T | Buy (add'l) | 06/19/18 | J | | |
| 75. Gateway Fund Class Y | A | Dividend | | | Sold | 06/19/18 | K | | |
| 76. Oppenheimer Fundamental Alternatives Fund Class Y | A | Dividend | | | Sold | 06/19/18 | K | | |
| 77. IShares MSCI KLD 400 Social ETF | A | Dividend | K | T | Sold (part) | 06/19/18 | K | | |
| 78. Powershares Global Clean Energy Portfolio ETF (now Invesco) | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 79. Powershares Global Water Portfolio ETF (now Invesco) | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 80. PAX Ellevate Global Women's Index Fund Class Institutional | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 81. PAX Global Environmental Markets Fund Class Instl | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 82. Calvert Bond Fund Class I | A | Dividend | K | T | Sold (part) | 06/19/18 | K | | |
| 83. Hartford Schroeders Tax Aware Bond Fund Class I | B | Dividend | | | Sold | 06/19/18 | L | | |
| 84. Invesco Municipal Income Fund Class Y | C | Dividend | | | Sold | 06/19/18 | L | | |
| 85. Natixis McDonnell Intermediate Mun Bond Fund Class Y | A | Dividend | | | Sold | 06/19/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Shortie-Term Tax Exempt Admiral | A | Dividend | | | Sold | 06/19/18 | K | | |
| 87. Western Asset Managed Municipals Fund Class I | C | Dividend | | | Sold | 06/19/18 | L | | |
| 88. Dreyfus Equity Income Fund Class I | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 89. Dreyfus Int'l Bond Fund Class I | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 90. PGIM Global Total Return Class Z | C | Dividend | M | T | Buy | 06/19/18 | M | | |
| 91. PIMPCO Income Fund Class I2 | A | Dividend | M | T | Buy | 06/19/18 | M | | |
| 92. UBS Select Prime Investor Fund | B | Dividend | L | T | Buy | 06/21/18 | L | | |
| 93. Dreyfus Equity Income Fund Class I | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 94. Dreyfus Internationall Bond Fund Class I | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 95. PGIM Global Total Return Class Z | C | Dividend | L | T | Buy | 06/19/18 | L | | |
| 96. UBS Select Prime Investor Fund | B | Dividend | L | T | Buy | 06/21/18 | L | | |
| 97. Calvert Green Bond Fund Class I | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 98. Columbia Divident Income Fund Class Institutional | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 99. Delaware Smal Cap Core I | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 100. Dreyfus Equity Income Fund Class I | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 101. Natixis Oakmark International Fund Class Y | B | Dividend | K | T | Buy | 06/19/18 | K | | |
| 102. Vanguard FTSE All World EX-US ETF | B | Dividend | K | T | Buy | 06/19/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard S&P 500 Growth ETF | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 104. Vanguard S&P 500 Value ETF | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 105. Vanguard S&P Mid-Cap 400 ETF | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 106. Pioneer Pioneer Fundamental Growth Fund Class Y FBOID | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 107. T Rowe Price Blue Chip Growth Fund Inc. | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 108. Principal Gobal Diversified Income Fund Class I | B | Dividend | K | T | Buy | 06/19/18 | K | | |
| 109. Dreyfus International Bond Fund CL1 FBOID | A | Dividend | | | Buy | 06/19/18 | J | | |
| 110. | | | | | Sold | 10/24/18 | J | | |
| 111. PGIM Global Total Return Class Z | A | Dividend | | | Buy | 06/19/18 | J | | |
| 112. | | | | | Sold | 10/24/18 | J | | |
| 113. PIMPCO Income Fund Class I2 | A | Dividend | | | Buy | 06/19/18 | J | | |
| 114. | | | | | Sold | 10/24/18 | J | | |
| 115. Vanguard Total Bond MKT ETF | A | Dividend | | | Buy | 06/19/18 | J | | |
| 116. | | | | | Sold | 10/24/18 | J | | |
| 117. Vanguard Total International Bond ETF | A | Dividend | | | Buy | 06/19/18 | J | | |
| 118. | | | | | Sold | 10/24/18 | J | | |
| 119. Western Asset Core Plus Bond Fund Class I | A | Dividend | | | Buy | 06/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 10/24/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

If the same asset is listed multiple times, it is because it is held in several accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith G. Dein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544